UNITED STATES COURT OF INTERNATIONAL TRADE

*Before*: The Honorable Mark A. Barnett, Chief Judge

| | |
|---|---|
| LG ELECTRONICS USA, INC. and LG ELECTRONICS, INC., <br><br> **Plaintiffs,** <br><br> v. <br><br> UNITED STATES, THE UNITED STATES INTERNATIONAL TRADE COMMISSION and SECRETARY LISA R. BARTON IN THEIR PROFESSIONAL CAPACITY AS THE SECRETARY OF THE UNITED STATES INTERNATIONAL TRADE COMMISSION <br><br> **Defendants.** | Court No. 21-00520 |

**PLAINTIFFS MOTION FOR LEAVE TO FILE AN AMENDED AND SUPPLEMENTAL COMPLAINT**

Pursuant to U.S. Court of International Trade Rules 7(b) and 15(d), Plaintiffs, by and through its counsel move for leave to file a supplemental complaint. The proposed Amended and Supplemental Complaint is appended hereto as Attachment 1. Appended as Attachment 2 is a redline version of that document reflecting changes since the initial complaint was filed. Plaintiffs note that the proposed Supplemental Complaint has also been adjusted to include the Commission's correspondence dated September 17, 2021 which states its basis for denying access to certain APO applicants.

USCIT Rule 15(d) provides that the Court may allow "a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." As discussed at the September 21, 2021 status conference, *see* ECF No. 14, the Commission's September 17, 2021 letter and the determination it contains is such an occurrence.

- 2 -

Further, allowing this supplemental pleading will present this Court and the parties with the relevant administrative documentation related to the Commission's decisions regarding APO access in the extension proceeding at issue here.

As this Court has recognized, the Commission's September 17, 2021 changes in a fundamental way the stance of this case, obviating the need for a writ of mandamus and altering the basis of Plaintiffs' claims. While the initial complaint focused on the constructive denial by failing to make a decision with respect to APO access for certain attorneys, the Commission has since made a concrete decision with respect to all of the attorneys in Curtis' APO application on behalf of Plaintiffs and stated its basis for doing so. The original complaint did not have the benefit of this information and thus an amended and supplemental complaint is warranted.

For the reasons state above, Plaintiffs submit that there is good cause exists to grant this motion and adopt the Supplemental Complaint appended to this motion consistent with the attached proposed order.

                                                        Respectfully Submitted,

                                                        CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

/s/ Daniel L. Porter
Daniel L. Porter
James P. Durling
James C. Beaty
1717 Pennsylvania Avenue, N.W. 13th Floor
Washington, D.C. 20006
(202) 452-1717

/s/ Jonathan Walsh
Jonathan J. Walsh
Nathaniel Ament-Stone
101 Park Avenue, 36th Floor
New York, New York 10178
(212) 696-6000

September 22, 2021                            *Attorneys for Plaintiffs*